NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ION GEOPHYSICAL CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**SERCEL, INC.,**
*Defendant-Appellant.*

---

2011-1035, -1056

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 06-CV-0236, Judge David J. Folsom.

---

## ON MOTION

---

## ORDER

Upon consideration of the joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear their own costs.

FOR THE COURT

**APR 1 9 2011**
_____                    /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk

cc:  Matthew G. Reeves, Esq.
     Gregory A. Castanias, Esq.

s20

ISSUED AS A MANDATE:  **APR 1 9 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 1 9 2011

**JAN HORBALY**
**CLERK**